# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHANIE LEILANI ALVES, *et al.*,

    Plaintiffs,

v.

NEVADA POWER COMPANY, *et al.*,

    Defendants.

Case No. 2:24-cv-00231-GMN-NJK

**ORDER**

Plaintiffs are proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 1. Plaintiffs have not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiffs must either pay the filing fee or file an application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1. Plaintiffs must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete application to proceed *in forma pauperis*.

2. The Clerk of the Court shall send Plaintiffs the short form application to proceed *in forma pauperis* by a non-prisoner,

Plaintiffs must comply with this order no later than March 1, 2024. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: February 2, 2024

_____
Nancy J. Koppe
United States Magistrate Judge