# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHANIE LEILANI ALVES, *et al.*,

    Plaintiffs,

v.

NEVADA POWER CO., *et al.*,

    Defendants.

Case No. 2:24-cv-00231-GMN-NJK

**ORDER**

[Docket No. 4]

Pursuant to 28 U.S.C. § 1915 Plaintiffs are proceeding in this action *pro se* and have requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 4. Plaintiffs submit one *in forma pauperis* application signed only by Plaintiff Stephanie Alves. *See* Docket No. 4 at 2. Each Plaintiff must submit an application.

Accordingly, Plaintiff Stephanie Alves' *in forma pauperis* application is **DENIED** without prejudice. Docket No. 4. Each Plaintiff must submit a separate *in forma pauperis* application identifying to which Plaintiff the application applies, no later than March 29, 2024. The Court **INSTRUCTS** the Clerk's Office to send Plaintiffs two blank *in forma pauperis* applications for non-prisoners.

IT IS SO ORDERED.

Dated: March 1, 2024

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge