Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

District of Nevada

_____ Division

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        FEB 20 2024

    CLERK US DISTRICT COURT
BY: MM  DISTRICT OF NEVADA
                        _____ DEPUTY
```

| | |
|---|---|
| Stephanie Leilani Alves and<br>Derrick Jon Alves<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br><br>Nevada Power Company et al<br>Public Utilities Commission<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No.   2:24-cv-00231-GMN-NJK<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Stephanie Alves |
   | Street Address | 4425 Mark Ave |
   | City and County | Las Vegas, Clark County |
   | State and Zip Code | NV, 89108 |
   | Telephone Number | (253) 617-8378 |
   | E-mail Address | dsalves.24@gmail.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

District of Nevada

Division

| | |
|---|---|
| Stephanie Leilani Alves and <br> Derrick Jon Alves <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Nevada Power Company et al <br> Public Utilities Commission <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No.  2:24-cv-00231-GMN-NJK <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Derrick Alves |
| Street Address | 4425 Mark Ave |
| City and County | Las Vegas, Clark County |
| State and Zip Code | NV, 89108 |
| Telephone Number | (702) 336-0645 |
| E-mail Address | dalves808@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Lisa Scott
- Job or Title (if known): Compliance Investigator II
- Street Address: 9072 W. Diable Drive Suite 250
- City and County: Las Vegas, Clark County
- State and Zip Code: NV 89148
- Telephone Number: (702) 486-7210
- E-mail Address (if known):

Defendant No. 2
- Name: Jennifer Rose
- Job or Title (if known): Senior Customer Care Advisor
- Street Address: 6226 W. Sahara Ave
- City and County: Las Vegas, Clark County
- State and Zip Code: NV, 89146
- Telephone Number: (702) 402-1000
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Due process, the utility company must provide the customer with fair notice and an opportunity to appeal or make a payment plan before terminating the service. The Fourteenth Amendment of the U.S. Constitution, which protects citizens from being deprived of life, liberty, or property without due process of law, and the use of the Color of the law.

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

  b.  If the defendant is a corporation

    The defendant, *(name)* Public Utilities Commission, is incorporated under the laws of the State of *(name)* Nevada, and has its principal place of business in the State of *(name)* Nevada.

    Or is incorporated under the laws of *(foreign nation)*,

    and has its principal place of business in *(name)* Nevada.

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

  The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   $100,000 and the maximum allowed in punitive damages for violating my right. (The Fourteenth Amendment) My constitutional rights were violated under color of law and due process. I was deprived of utility service, because the previous tenant skipped out on there bill. I was turned away by LIHEAP, Legal Aid and the Public Utilities Commission. I lost my family, my talking parrot I had for fifteen (15) years, lost of employment, emotionsl distress.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

   This event took place at my home 4425 Mark Ave. Las Vegas, NV 89108

B.  What date and approximate time did the events giving rise to your claim(s) occur?

   On November 29, 2023 NV Energy disconnected our power for non paynment. Not due to our negligence. My husband and I just took over the mortgage when his mother baught another home and moved out. We were in-the process of changing over the bills into our name. I called NV Energy and to start new service. They informed me I must pay $8,823.22 before service can be restarted. I exsplained that mother moved out and I want to start new service. I am a new tenant. Jennifer Rose senior customer service advisor replied I don't care if you're a new tenant, someone at that address has to pay this bill. She also stated that if mother sends them a letter saying that she takes responsibility of this bill then service would be reconnected.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Fact 1. NV Energy is demanding that I pay for the previous tenant's bill before they restore service.
Fact 2. This $8, 823.22 is not in my name whether I live there or not I am not responsible.
Fact 3. NV Energy is trying to extort money from whom ever they can get it from
Fact 4. Color of the law is illegal and violating the fourteenth amendment is also illegal.
Fact 5. NV Energy is not even following there very own rules. RULE NO. five (5) F. Deferred Payments 1. The Utility shall provide a program for deferred payment of a delinquent bill for any Customer who requests the program and agrees in writing to pay. Even though it is not my bill I was willing to put down $2000 that I was going to borrow and go on a payment plan, being that I am low income and can not afford to pay all of it at once. They denied me. It was all or nothing.
Fact 6. Unfair Business Practices to the low income and extorting money from me to pay someone else's bill is illegal and wrong. Then on 01/31/2024 we received a correction notice from the City of Las Vegas then on 02/18/2024 I received a second correction notice regarding noise complaint from the generator and firewood we had stacked for the month of December when it was freezing cold we needed the fire place to keep warm. Then on 02/20/2024 at 12:20 am two metro officers were banging on our door. Regarding a noise complaint of the generator. We had to turn it off. We have children here that needs to go to school in the morning, how are they to dress for school in the dark? We are going to be fined by the City if we don't comply. I cant get any kind of help or assistance because the bill is not under me. We have never had a noise complaint anywere we live. We are quiet people, Now my neighbors are mad at us. NV Energy is retaliating for I don't know why, but they deceived me and lied to me on 02/05/2024, they sent two of there employees here to apparently put a boot on there meter, then I watched them take the meter and turn off my generator as a joke, they laughed about it. They came to get the meter because two weeks earlier they said they took there equipment at that time in there letter to me. I can not afford any finds or to be homeless. Please approve an emergency injunction.

  1. Because of there actions I have lost my family, I had to go through the holidays in the dark the dark, with no source of heat. It was freezing cold at lease 28 or 30 degrees in my house. My husband and I had to chase off looters that thought the house was empty. We had no food they all spoiled. DWSS would not replace my food. During the day my husband went to work and I was all alone. freezing cold. Listening to other people play Christmas music in our neighborhood. I started talking to my self asking God why, why are you punishing me.

  2. LIHEAP can not help me because the bill is not in my name, they are back logged six (6) month's and they are not an emergency program. Legal Aid said they won't file a suit against NV Energy because they are their number one sponsor for there program. I can not put this bill in my Bankruptcy if I choose to file because the bill is not in my name. How do I get help? I ran out of options.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The $2000 I was going to put down toward this bill I bought a 10,000-watt natural gas Generator in January 2024. It is now the middle of February, and I still don't have power. It's costing us over $700 in my gas bill almost as much as my mortgage, so I have to choose to pay my gas bill or my mortgage. Prior to me buying the bigger Generator we had a smaller gas generator that cost us $85 a day in gas. We have been without power 90 days $7,800 in fuel. $900 in groceries that went bad. About $500 at the laundromat. Those are some of the things I actually lost, not to mention my husband taking time off of work to come home a build me a fire to keep warm in December. We turned our natural gas fireplace into a wood burning fireplace. I am entitled to this injunction because the defendant has deprived me of my rights to Live, Liberty and Property the fourteenth amendment clause. They denied service at this residence and took their meter box without approval and turned off my Generator that doesn't belong to them in the process. Their actions have tormented me so much that now I need counseling. I ask this court to please order them to turn on my power. So that I don't lose my only child I have left, my sanity and I should be compensated for the maximum allowed in punitive damages that NV Energy allowed there employee to bestow this bill on me. If they are able to do this to me, I believe that they are doing this to other customers of theirs. Whether I am compensated now or later, it don't matter the damage is already done. I just want my power on so that we can get on with our lives and seek couseling and find me a job.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I lost my family, my bird I had for fifteen years, Fish and turtles due to the pump not running because no power. (we have a turtle sanctuary).  My dignity, the respect of my neighbors because our generator is so loud and runs constantly from January 6, 2024. I cannot even go get a job because I am an emotional reck. I feel like God is punishing me, for what. I have not done anything wrong here. I cant get help from the State, I can't even put that bill in my Bankruptcy if I choose to file. So, what do I do? This world we live in can be so judgmental and cruel to people with limited means. I am taking them to court and asking for an immediate injunction was not to be compensated, I'm used to living paycheck to paycheck. I just want my POWER TURNED ON. It was not about money. For every action there's consequences and NV Energy seems to think that they have the power to go above the law and treat people with no compassion at all. NV Energy and the Utilities Commission should take responsibility for their employee's actions to deny me service or even make a payment plan. I wish to be awarded the maximum allowed in punitive damages, whether it's now or at a later time. It won't bring back my bird, my family, and my emotional distress where I now can't trust people. We live in a world of hate and cruel people. I now don't want to even go for a walk or leave my home.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     02/20/2024

Signature of Plaintiff     *Stephanie Alves* (signature)

Printed Name of Plaintiff     Stephanie Alves

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/20/2024

Signature of Plaintiff

Printed Name of Plaintiff    Derrick Alves

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address